**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Louis WILLIAMS,**
**Defendant–Appellant.**

No. 11–12880.
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 2, 2012.

Jason R. Coody, Terry Flynn, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Chet Kaufman, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Joseph Louis Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Williams's convictions and sentences are **AFFIRMED.**